JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 470 -- IN RE SURGICAL STAPLING DEVICES PATENT, TRADEMARK AND ANTITRUST LITIGATION

| Date | Pldg. | Pleading Description |
|---|---|---|
| 81/04/20 | 1 | MOTION, BRIEF, SCHEDULE, EXHIBITS A - F, CERT. OF SERV. -- Surgeons Choice, Inc. and Hosp. Products Int'l Pty. Ltd. SUGGESTED TRANSFEREE COURT: S.D. NEW YORK SUGGESTED TRANSFEREE JUDGE: (cds) |
| 81/05/01 | | APPEARANCES -- Joseph P. Dailey, Esq. for Hospital Products International Pty. Ltd., Surgeons Choice, Inc., and Alan R. Blackman; Sanford M. Litvack, Esq. for United States Surgical Corporation. (ds) |
| 81/05/05 | 2 | RESPONSE -- United States Surgical Corporation w/cert. of svc. (ds) |
| 81/05/28 | | HEARING ORDER -- Setting Litigation for hearing held on June 25, 1981, in Salt Lake City, Utah. (ds) |
| 81/06/18 | | WAIVERS OF ORAL ARGUMENT FOR 6/25/81 HEARING, SALT LAKE CITY, UT. Joseph P. Dailey, Esq. for Hospital Products Intl. Pty., Ltd., (Waive); Sanford M. Litvak, Esq. for U. S. Surgical Corp.(Waive) |
| 81/06/23 | 3 | LETTER REGARDING RECENT DEVELOPMENTS -- Hospital Products International Pty. Ltd. (HPI), Surgeons Choice, Inc. and Alan Blackman -- signed by Joseph P. Dailey -- w/cert. of of service (cds) |
| 81/07/09 | | ORDER DENYING TRANSFER of litigation (A-1 thru A-3) pursuant to 28 U.S.C. §1407. (emh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 470 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE SURGICAL STAPLING DEVICES PATENT, TRADEMARK AND ANTITRUST LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 6/25/81 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 7/9/81 | MO (Denied) | unpublished | | | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 470 -- IN RE SURGICAL STAPLING DEVICES PATENT, TRADEMARK AND ANTITRUST LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | United States Surgical Corp. v. Bryan Gregory Associates, Inc., et al. | S.D.Tex. O'Conor | 81-325 | | | | |
| A-2 | United States Surgical Corp. v. Hospital Products International Pty. Ltd., et al. | D.Conn. Daly | B-81-42 | | | | |
| A-3 | Hospital Products International Pty. Ltd., et al. v. United States Surgical Corp. | S.D.N.Y. Conner | 81 Civ 748 | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 470 -- In re Surgical Stapling Devices Patent, Trademark and Antitrust Litigation

UNITED STATES SURGICAL CORP. (A-1, A-2)
Sanford M. Litvack, Esquire
Donovan, Leisure, Newton & Irvine
30 Rockefeller Plaza
New York, New York 10112

HOSPITAL PRODUCTS INTL. PTY.LTD. (A-3)
SURGEONS CHOICE, INC
ALAN R. BLACKMAN
Joseph P. Dailey, Esquire
Breed, Abbott & Morgan
153 East 53rd Street
New York, New York 10022

BRYAN GREGORY ASSOCIATES, INC.
BRYAN GREGORY
PRODUCTS FOR SURGERY, INC.
HARVEY A. LAWHON
THOMAS J. MADSEN
(No Appearance Received)
Scott, Douglas & Keeton
4400 First International Plaza
Houston, Texas 77002

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __470__ -- IN RE SURGICAL STAPLING DEVICES PATENT, TRADEMARK AND ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Bryan Gregory Associates, Inc.  ✗ | A-1 |
| Bryan Gregory  ✗ | A-1 |
| Products for Surgery, Inc.  ✗ | A-1 |
| Harvey A. Lawhon  ✗ | A-1 |
| Thomas J. Madsen  ✗ | A-1 |
| Surgeons Choice, Inc., a Delaware Corp.  ✗ | A-1 |
| Surgeons Choice, Inc., an Ohio Corp.  ✗ | A-1 |
| Surgeons Choice, Inc., state of incorporation unknown  ✓ | A-1  A-2 |
| Hospital Products Int'l Pty. Ltd.  ✓ | A-2 |
| Alan R. Blackman  ✓ | A-2 |
| ✓ United States Surgical Corp. | A-3 |