JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUL -9 1981

DOCKET NO. 470

PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE SURGICAL STAPLING DEVICES PATENT, TRADEMARK AND ANTITRUST LITIGATION

ORDER DENYING TRANSFER

Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, for centralization of the three actions on the attached Schedule A in the Southern District of New York.

On the basis of the papers filed,[1] we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Given the minimal number of actions before us, movants have failed to persuade us that any common questions of fact involved in these actions are sufficiently complex, and that the accompanying discovery will be so time-consuming, as to justify Section 1407 transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F. Supp. 543, 544 (J.P.M.L. 1969). We note that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F. Supp. 242, 244 (J.P.M.L. 1978). See also Manual for Complex Litigation, Parts I and II, §§3.11 (rev. ed. 1977).

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

[1] The parties to this docket waived their right to oral argument and therefore the question of transfer under 28 U.S.C. §1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

SCHEDULE A

MDL-470 -- IN RE SURGICAL STAPLING DEVICES PATENT, TRADEMARK AND ANTITRUST LITIGATION

DISTRICT OF CONNECTICUT

United States Surgical Corp. v. Hospital Products International Pty. Ltd., et al.   Civil Action No. B-81-42

SOUTHERN DISTRICT OF NEW YORK

Hospital Products International Pty. Ltd., et al. v. United States Surgical Corp.   Civil Action No. 81 Civ 748

SOUTHERN DISTRICT OF TEXAS

United States Surgical Corp. v. Bryan Gregory Associates, Inc., et al.   Civil Action No. 81-325